DITTMER ET AL., APPELLANTS, *v.* CITY OF LORAIN ET AL., APPELLEES.

[Cite as *Dittmer v. Lorain,* 100 Ohio St.3d 76, 2003-Ohio-5061.]

(No. 2003–1118—Submitted August 26, 2003—Decided October 8, 2003.)

{¶ 1} We allow the discretionary appeal. The judgment of the court of appeals is reversed, and the cause is remanded on the authority of *State ex rel. Commt. for the Referendum of Ordinance No. 3844–02 v. Norris,* 99 Ohio St.3d 336, 2003–Ohio–3887, 792 N.E.2d 186.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

RESNICK and F.E. SWEENEY, JJ., dissent.

Phillips & Co., L.P.A., and Gerald W. Phillips, for appellants.
Mark R. Provenza, Lorain Law Director, for appellees.